# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10143   State of Texas v. Biden
                    USDC No. 2:21-CV-67

The court has granted in part an extension of time to and including May 18, 2023 for filing appellant's brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa V. Mattingly, Deputy Clerk
                    504-310-7719

Mr. Ryan Baasch
Mr. Ari Cuenin
Mr. Joshua M. Divine
Ms. Maria Lanahan
Mr. Ryan Daniel Walters
Mr. Brian Christopher Ward